## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JODY HURLEY,** | |
| **Plaintiff,** | **Case No. 1:20-cv-00456-BPG** |
| **v.** | |
| **BECTON, DICKINSON AND COMPANY,** | |
| **Defendant.** | |

### ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE

Upon consideration of the Parties' Joint Motion for Judicial Approval of FLSA Settlement Agreement and Release, and after review of the Settlement Agreement and Release, the Court hereby GRANTS the Joint Motion and approves the settlement between the Parties based on the following findings:

1.      The Court has sufficient information to conclude that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

2.      The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties.

3.      The amount for attorney's fees and costs bear a reasonable relationship to the amount being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby ORDERS that the Joint Motion be and is hereby GRANTED, the Settlement is APPROVED, and the claims of Plaintiff are DISMISSED WITH PREJUDICE.

So ordered this 4th day of February, 2021.

_____/s/_____
Beth P. Gesner
Chief United States Magistrate Judge